**Motions Disposed, Appeal Dismissed, and Memorandum Opinion filed April 22, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00047-CV

---

### SIKH NATIONAL CENTER INC., Appellant

### V.

### MANOHAR SINGH MANN, NARINDER SINGH NAGRA, BHUPINDER SINGH, AND WELLS FARGO BANK NATIONAL ASSOCIATION, Appellees

---

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2020-83228**

---

### MEMORANDUM OPINION

This is an interlocutory appeal from an order signed January 17, 2021. On April 12, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

Appellees' motion to withdraw consideration of their brief, filed April 13, 2021, is moot.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.